| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicing agent for Wilmington Trust Company, as Successor Trustee to Bank of America, National Association, Successor by Merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-10XS* |

In re:

Luz V O'Chat

                                                  Debtor.

Chapter 13

Case No. 19-22040-CMG

Hearing Date: December 20, 2023

Judge Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Motion for Relief from the Automatic Stay** (Doc. No. 28).

Dated: December 18, 2023

                    Stewart Legal Group, P.L.
                    Attorney for Movant

        By:    */s/Gavin N. Stewart*
                    Gavin N. Stewart, Esq.