FILED
JEANNE A. NAUGHTON, CLERK
JUL 24 2024
U.S. BANKRUPTCY COURT
-TRENTON, NJ
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Luz V. O'Chat<br>1616 E Street<br>Lake Como, NJ 07719<br>Social Security Number:<br>xxx-xx-2101 | Case No.: 19-22040-CMG<br>Chapter: 13<br>Judge: Christine M. Gravelle |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Luz V. O'Chat, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: July 8, 2024

Luz V. O'Chat
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*

L. O'Chat
1616 E Street
Lake Como, NJ
07719

Chambers of: Judge Christine Gravelle
402 East State Street
Trenton, NJ 08608

Case # 19-22040-CMG

**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE — ONE RATE • ANY WEIGHT

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

PME BELMAR, NJ 07719 JUL 23, 2024 $30.45 R2304E106031-07

EI 976 705 353 US

RDC 07

**FROM:** (PLEASE PRINT)
Luz O'Chat
1616 E Street
Lake Como, NJ 07719
PHONE (732) 681-8704

Case # 19-22040-GMG

**TO:** (PLEASE PRINT)
Chambers of: Judge C.M. Gravelle
402 East State Street
Trenton, NJ 08608
ZIP + 4: 08608-

PO ZIP Code: 07718
Date Accepted: 07/23/24
Time Accepted: 10:44 AM
Scheduled Delivery Date: 07/24/24
Scheduled Delivery Time: 6:00 PM
Weight: 2 lbs
Postage: $30.45
Total Postage & Fees: $30.45

EP13F July 2022
LABEL 11-B, NOVEMBER 2023
PSN 7690-02-000-9996

USPS.COM/PICKUP